IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⧸⧸⧸ D.C.

05 SEP 26 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| MARY L. DYE,<br><br>Plaintiff<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 03-2229 DP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO SHOW CAUSE

A non-jury trial was completed in this action on June 1, 2005. On August 10, 2005, Defendant filed its post-trial Proposed Findings of Fact and Conclusions of Law. To date, Plaintiff has not filed her Proposed Findings of Fact and Conclusions of Law. Accordingly, the Court orders Plaintiff to file Proposed Findings of Fact and Conclusions of Law within ten days of this order or to show cause as to why she has not done so.

IT IS SO ORDERED this 21 day of September, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

56

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:03-CV-02229 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Mary L. Dye
210 W. Robert St.
Apt. #8
Hammond, LA 70401--320

Sheldon W. Snipe
BELLSOUTH TELECOMMUNICATIONS, INC.
1155 Peachtree St., N.E.
Ste. 1800
Atlanta, GA 30309

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT