FILED BY _____ D.C.

05 OCT 19 AM 7:03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**MARY DYE,**

    Plaintiff,

Case No.: 03-2229 D V

v.

**BELLSOUTH TELECOMMUNICATIONS,**

    Defendant.

## ORDER

On October 12, 2005, Plaintiff through counsel responded to the Court's show cause order. In the response, Plaintiff seeks additional time to submit proposed findings of fact and conclusions of law due to the effect of Hurricane Katrina.

For cause shown, Plaintiff is granted until November 15, 2005, to submit proposed findings and conclusions of law.

**IT IS SO ORDERED** this 18th day of October, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02229 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Mary L. Dye
210 W. Robert St.
Apt. #8
Hammond, LA 70401--320

Sheldon W. Snipe
BELLSOUTH TELECOMMUNICATIONS, INC.
1155 Peachtree St., N.E.
Ste. 1800
Atlanta, GA 30309

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT

